## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

MIYO M. ALEXANDER,                                    Civil No. 22-740 (JRT/DTS)

      Petitioner,

v.                                                                                    **ORDER**

STATE OF MN,

      Respondent.

---

Miyo M. Alexander, 220 Charleston Street NE, Albuquerque, NM 87108, *pro se* petitioner.

Edwin William Stockmeyer, III, Jonathan Schmidt, Matthew Frank, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL,** Trials and Appeals, Bremer Tower, Suite 1800, 445 Minnesota Street, St. Paul, MN 55101-2134, for respondent.

United States Magistrate Judge David T. Schultz filed a Report and Recommendation on  March 29, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1.     This matter is **DISMISSED WITHOUT PREJUDICE**.

2.      The application to proceed in forma pauperis of petitioner Miyo M. Alexander [ECF

No. 2] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 18, 2022
at Minneapolis, Minnesota

                                    s/John R. Tunheim_____
                                    JOHN R. TUNHEIM
                                    Chief Judge
                                    United States District Court